**E-FILED**
Wednesday, 15 December, 2004 02:56:26 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| SONYA BRATCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-2005 |
| A.E. STALEY MANUFACTURING COMPANY, AND TATE & LYLE NORTH AMERICA, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, A.E. Staley Manufacturing Company ("Staley"), and Tate & Lyle North America (collectively, the "Company"), by their attorneys and pursuant to Fed. R. Civ. P. 56 and CDIL-LR 7.1(D)(1), move for summary judgment in Plaintiff Sonya A. Bratcher's Complaint. In support of their motion, Defendants state the following:

1.  Plaintiff has brought a lawsuit claiming that she was terminated from her employment with Defendants because of her race, African-American.

2.  As a matter of law, Plaintiff's claim cannot survive summary judgment. Foremost, Plaintiff cannot even establish a *prima facie* case of race discrimination because there is no evidence that similarly-situated employees outside of the protected class were treated more favorably. Even if Plaintiff could make out a *prima facie* case of discrimination, Plaintiff cannot show that the Company's decision to terminate her for job abandonment was a pretext for race discrimination.

CH1 10829779.1

WHEREFORE, for the reasons set forth herein and set forth more fully in Defendants' accompanying memorandum of law, Defendants respectfully request that the Court grant Defendants' motion for summary judgment and dismiss Plaintiff's claims in their entirety.

**DATED:  December 15, 2004**                    Respectfully submitted,
A.E. STALEY MANUFACTURING
COMPANY, AND TATE & LYLE NORTH
AMERICAN


By   /s/ Colette M. Savage
         One of Their Attorneys

Sari M. Alamuddin
Colette M. Savage
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000

CH1 10829779.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was served upon Pro Se Plaintiff via Certified Mail Return Receipt Requested, on this 15th day of December, 2004:

>Sonya Bratcher
>456 East Stuart Avenue
>Decatur, Illinois  62526


>    /s/ Colette M. Savage
>         Colette M. Savage

CH1 10829779.1