**E-FILED**
Wednesday, 15 December, 2004  03:33:54 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| SONYA BRATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-2005 |
| | ) | |
| A.E. STALEY MANUFACTURING | ) | |
| COMPANY, AND TATE & LYLE NORTH | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPENDIX TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

| **TAB** | **DESCRIPTION** |
|---|---|
| A | Declaration of Marc W. Larson |
| B | Excerpts from Deposition Transcript of Bratcher |
| C | Bratcher Deposition Exhibits |
| D | Excerpts from Arbitration Transcript (Grievant Bratcher; A.E Staley Manufacturing Company and Pace International Union Local 6-837) (September 25, 2003) |
| E | Company Exhibits from Arbitration (Grievant Bratcher; A.E Staley Manufacturing Company and Pace International Union Local 6-837) (September 25, 2003). |
| F | *Mora v. Chicago Tribune Co.*, 215 F.3d 1330 (7th Cir. 2000) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the

foregoing APPENDIX-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was served upon Pro Se

Plaintiff via Certified Mail Return Receipt Requested, on this 15th day of December, 2004:

> Sonya Bratcher
> 456 East Stuart Avenue
> Decatur, Illinois  62526


 /s/ Colette M. Savage
Colette M. Savage