**E-FILED**
Wednesday, 15 December, 2004  03:35:01 PM
Clerk, U.S. District Court, ILCD

# TAB C

# DECATUR PLANT HANDBOOK

May 2001

EXHIBIT
Beather 2

**E&C Focus:**

- Troubleshoot PLC, Foxboro, Provox Hardware & Software
- Understand System Configurations & Programming
- Work With Medium Voltage Electricity
- Troubleshoot Synchronous Motors and Controls
- Calibrate pH, Conductivity and Other Analytical Instruments
- Calibrate S-Mart Transmitters
- Knowledge of Plant Electrical L-Line Drawing
- Distinguish Live Parts by Voltage
- Use Hi-Pot Equipment
- Understand VFD and Troubleshooting
- Troubleshooting & Repair Packaging Systems

**Mechanical Focus:**

- Advanced Troubleshooting with Vibration Analysis
- Balancing
- Advanced Troubleshooting & Maintenance Of Centrifuges, Hydraulic

## PLANT COMPUTER SYSTEM

Most employees will have access to the Plant's computer system. The Plant's computer system is for TLNA/A. E. Staley business related use only. Using the system for non-TLNA/A. E. Staley business related purposes is strictly prohibited and such use, if it occurs, will result in discipline up to and including employment termination. The level of training that an employee receives is dependent upon the employee's job requirements. As a minimum, all employees must know how to access and effectively use the Plant's E-mail, Time Entry/Pay (TESS), and MSDS (Material Safety Data Sheets) storage and retrieval systems. E-mail is the primary media for communicating important information within the Plant. It is the employee's responsibility to regularly read his/her e-mail messages and report any problems with the system. Sending or displaying materials via the Plant's e-mail/computer system that are of a sexual, discriminatory or harassing nature is strictly prohibited, and can result in immediate employment termination. Questions involving the use of the Plant's computer system should be directed to your shift coordinator.

## PLANT PHONE SYSTEM

All employees have access to the Plant's phone system. In-Plant extensions are reached by dialing 7 followed by the 4-digit extension number. All phones do not have direct access to outside lines. For phones without direct access, an outside line can be reached by dialing "0". The excessive use of the Plant's phone system for non-work related purposes is prohibited. Excessive use of the phone system for personal business can result in disciplinary action up to and including employment termination.

## ADDRESS AND TELEPHONE INFORMATION

As an employee of this Company, it is your responsibility and obligation to keep a current address and telephone number on file. This information can be updated electronically through the Personal Information Form on the TLNA Intranet, in person or via E-mail to Joann Daugherty.

## REPORTING ABSENCES

All employees are expected to report for work, on time, as scheduled. On those occasions when you are not able to be at work due

to illness or injury, it is your responsibility to call your Coordinator or Area Manager prior to your scheduled start time to inform them of the reason for your absence. When calling in to report your absence, it is necessary that you make that report to a management person in your area. Reporting your absence to non-management personnel is not considered acceptable notification.

Absences should be reported as much in advance as possible. This allows the area to arrange for coverage for your job. Failure to provide adequate notice of an absence prior to the start of your shift, or failure to call and report absences at all, can result in discipline up to and including discharge. Failure to provide such notice for three scheduled shifts will result in the termination of your employment.

Non-occupational injuries and illnesses that result in four consecutive shifts of absence or more may be eligible under the Health and Accident benefit plan. The time away may also be considered as leave under the Family and Medical Leave Act. When returning to work after being off on the Health and Accident Plan, a medical release from the attending physician, stating your ability to perform the essential functions of your assignment, is required prior to returning to work. If your Coordinator has concerns about your ability to perform your assignment safely, you may be scheduled for examination by the Company doctor to receive medical clearance. In these situations, the Company may deny you work until you have been cleared for work. While the Company is willing to make reasonable accommodations to employees who are otherwise able to perform the essential functions of their assignment, the Company does not provide "light duty" task assignments for employees with non-occupational injuries.

## ABSENTEEISM

Excessive absenteeism and tardiness will not be tolerated. Employees who are absent more than 4 days during a rolling 12-month period or who display excessive tardiness will be subject to disciplinary action up to and including discharge.

30

## EXTENDED ILLNESSES

The Company maintains a Health and Accident Plan that provides a partial wage replacement (70% of your base pay) for the time missed due to non-work related illnesses or injuries. The details of this plan are described in the Summary Plan Description in you benefits materials.

If you are absent due to an illness for more than three (3) scheduled work days, or are hospitalized due to an injury (first-day coverage), call the Plant Administration Office (extension 72564) to obtain an application form, which includes a section for your physician to complete. It is the employee's responsibility to initiate this process and to ensure that the proper information is provided to process this claim. Benefits are paid based on your team's base schedule for work. When you return to work, you must contact the Plant Administration Office (72564) to inform us that you have returned to work. You are not entitled to receive short-term disability (STD) benefits and regular pay for the same day. If you receive STD benefits for days that you work, we expect you to return all benefits you receive in error.

Should your absence due to an illness or injury extend more than 26 weeks, you will receive information on converting from the Health and Accident Plan to the Company's Long Term Disability Plan.

## TLNA FAMILY and MEDICAL LEAVE

The following summary is provided in compliance with the federal Family and Medical Leave Act of 1993 (FMLA). A full copy of Tate & Lyle's procedures for Family and Medical Leave is available from your local management.

Eligibility:

In order to be eligible for FMLA leave, an employee must (1) work at a location that employes 50 or more employees, (2) have been employed at least one year, and (3) have worked at least 1,250 hours during the proceding 12 months.

31

FMLA provides eligible employees seeking leave with a maximum of 12 weeks of leave during any rolling 12 month period provided the reason for the leave is for:

1. The birth of the employee's child and care for that child;
2. The placement of a child with the employee for adoption or foster care;
3. To care for a spouse, child or parent who has a serious health condition; or
4. A serious health condition of the employee that renders them incapable of performing the functions of their job.

Employees seeking leave for the birth, adoption, or placement of a child for foster care must complete the leave within twelve (12) months from the date of birth or placement.

FMLA leave itself is unpaid. Leave for an employee's own serious medical condition may be paid under an applicable disability plan. If leave is for any reason other than the employee's own serious health condition, TLNA requires that the employees utilize any accrued paid leave (*e.g.*; vacation) prior to being placed on an unpaid leave. FMLA leave runs concurrent with any paid (or unpaid) leave until the 12-week allotment has been expired.

**Benefit Coverage and Employment Restoration:**

Eligible employees utilizing leave under this policy will have their benefits maintained as though they were an active employee. The employee must pay monthly premium amounts during the leave period. Depending on the circumstances, employees who do not return to work at the conclusion of the leave may be required to reimburse the Company for the cost of maintaining these benefits.

Eligible employees will be restored to their old position or to a position with equivalent pay, benefits and other terms and conditions of employment. TLNA will make the determination regarding equivalency. Employees have no greater right to reinstatement or to other benefits and conditions of employment than if the employee had been continuously employed.

32

**Application and Certification:**

Employees must complete an "Application for Family and Medical Leave" which states the reason, anticipated duration, and starting and ending dates of the leave. Employees should, whenever possible, make this application 30 days in advance of the commencement of the leave, or risk having their leave delayed. In cases where notification is not possible, the Company may elect to designate time away as counting against the FMLA allotment. In order for leave to be approved for the serious health condition of the employee or their spouse, child or parent, medical certification will be required.

Applications for Family and Medical Leave are available in the Plant Administration Office or call 421-2564 for a set to be mailed to your home.

## STANDARDS OF CONDUCT

To protect the rights and welfare of all Decatur Plant employees, and for the orderly, safe, and efficient operation of the Plant, certain rules of conduct are necessary. We expect all employees to conduct themselves in a manner that will be beneficial to the Company's interests, their fellow employees, as well as for themselves.

While it is not practical to list every rule and its application, the following are examples of offenses that the Company considers being serious violations. Employees who engage in any of the following behaviors may be considered for discharge, even for a first offense:

- Smoking or carrying matches anywhere in the Decatur Plant. *NOTE: Smoking is not permitted in the Decatur Plant or any other Staley facility in the United States. This Company-wide policy applies to all employees, customers, visitors, contractors, suppliers, etc., and includes smoking in Company vehicles and smoking in personal vehicles while in any Company parking lot.*

33

EXHIBIT
Bradley 5

# AGREEMENT

between

**A.E. Staley Manufacturing Company**

and

**PACE International Union Local # 6-837**

October 1, 2002
Decatur, Illinois

# AGREEMENT

between

## A.E. Staley Manufacturing Company

and

## PACE International Union
## Local # 6-837

**October 1, 2002**
**Decatur, Illinois**

# TABLE OF CONTENTS

Article I      Recognition ............................................................. 1
Article II     Union Security ........................................................ 1
Article III    Mutual Responsibilities ........................................... 3
Article IV     Grievances and Arbitration ..................................... 6
Article V      Seniority ................................................................. 9
Article VI     Plant Organization ................................................ 13
Article VII    Hours ................................................................... 18
Article VIII   Wages .................................................................. 19
Article IX     Vacation .............................................................. 24
Article X      Operating Rules and Regulations ......................... 28
Article XI     Work Stoppage .................................................... 31
Article XII    Separability ......................................................... 32
Article XIII   Waiver of Penalties ............................................. 32
Article XIV    Duration .............................................................. 32
Article XV     Complete Agreement .......................................... 33
Appendix 1     Shift Schedules ................................................... 34
Appendix 2     Deferred Training ............................................... 34
Appendix 3     Alcohol, Drug, and Controlled
               Substance Policy ................................................. 35
Appendix 4     Vacation Addendum ........................................... 40

# AGREEMENT

This agreement made and entered into this 1st day of October, 2002, by and between the A.E. Staley Manufacturing Company of Decatur, Illinois, or its successors or assignors, hereinafter called the "Company", and the Paper, Allied-Industrial, Chemical & Energy Workers International Union, A.F.L.-C.I.O. and its Local Union No. 6-837, or their successors, hereinafter called the "Union", Witnesseth:

THE PARTIES HERETO MUTUALLY AGREE AS FOLLOWS:

## ARTICLE I
## RECOGNITION

SECTION 1.10   SOLE AND EXCLUSIVE BARGAINING REPRESENTATIVE

Section 1.11 The Company recognizes the Union as the sole and exclusive representative for the purpose of collective bargaining with respect to wages, hours of work, rates of pay and other conditions of employment for employees in all classifications of work in effect at the signing of this Agreement and all future hourly classifications created or revised in the Decatur, Illinois plant during the term of this Agreement, but excluding all office and clerical employees, professional employees, guards and supervisors as defined in the National Labor Relations Act, as amended.

Section 1.12 The Company will not promote, aid or finance any organization which purports to engage in collective bargaining or make any agreement with any such organization to undermine the Union.

## ARTICLE II
## UNION SECURITY

SECTION 2.10   UNION SHOP

Section 2.11   The Company agrees that employees who are

October 1, 2002

1

members of Union, or who hereafter becomes members, shall maintain their good standing in the Union in accordance with the Constitution and by-laws of the International Union, to the extent required by law, as a condition of employment. The Company further agrees that persons employed shall become members of the Union after thirty (30) calendar days on the Company payroll

## SECTION 2.20   DUES CHECK-OFF

**Section 2.21** During the term of this Agreement, the Company will deduct Union dues, assessments, and initiation fees from the wages of employees in the bargaining unit, provided that the Company first has received a written check-off authorization form from the employee, as required by law. The Company will deduct Union dues and assessments monthly, from the first or following paycheck in each month, and will remit deductions for each month to the Union Secretary-Treasurer.

**Section 2.22** Employees may revoke such written assignment after one (1) year from date of execution or upon the termination of this contract by delivery to the Company of a written revocation, witnessed by the Union Bargaining Committee Chairman, or designee. The Company, upon request of the Union, shall make available to the Union Treasurer a list of the names and addresses of those Employees who have made such requests and whose orders have been honored.

## SECTION 2.30   INDEMNIFICATION

**Section 2.31** The Union will indemnify the Company against any and all claims, demands, or other forms of liability which may arise out of actions taken or not taken by the Company in accordance with the check-off authorization form and the provisions of this Agreement.

# ARTICLE III
# MUTUAL RESPONSIBILITIES

## SECTION 3.10   COLLECTIVE BARGAINING

**Section 3.11** Collective bargaining as provided for in this Agreement shall be conducted in joint meetings of Bargaining Committees appointed by the Company and elected by the Union.

**Section 3.12** The Company and Union shall each establish a Bargaining Committee for the purpose of negotiation of the collective bargaining agreement. The Union's Bargaining Committee shall consist of not more than five (5) committeemen (2 process, 1 process support, 1 maintenance, and 1 at-large), the Union President and Recording Secretary, whose names shall be furnished to the Company in writing. The Union's International Representative, or designee, may also participate in collective bargaining. The Company's Bargaining Committee shall consist of not more than seven (7) persons, whose names shall be furnished to the Union in writing.

**Section 3.13** The respective Bargaining Committee Chairmen will agree upon the times and places at which the contract negotiations will be conducted. **Members of the Union's bargaining committee and its officers will be compensated as if they worked their regular basic schedule for up to two (2) weeks for the purpose of negotiating the Collective Bargaining Agreement. This paid time may be extended with the agreement of both parties.**

**Section 3.14** The Union President, Vice President, Bargaining Committee Chairman, or Assistant Bargaining Committee Chairman may, with the concurrence of the company, be present at interviews for new employees.

## SECTION 3.20   MANAGEMENT RIGHTS

**Section 3.21** The management of the Plant shall be vested exclusively in the Company, including but not limited to the direction of the working forces; the right to hire; the right to suspend or discharge employees for just cause; the right to relieve employees

from duty to determine the scope of its activities and the products to be manufactured or processed in the Plant or elsewhere by its employees or others; the right to transfer work to other facilities or to shut down the Plant or parts thereof; the right to set shift schedules; and the right to transfer employees from one area of the Plant or duty to another, except as otherwise limited by specific provisions in this Agreement.

**Section 3.22** The Union recognizes the right of the Company to adopt, promulgate, and modify operating rules and regulations and reasonable rules of conduct not inconsistent with this Agreement and the right to discharge or discipline employees for infractions of the same.

**Section 3.23** The Company has the right to utilize suppliers and contractors. However, contractors will not be used for the purpose of laying off permanent bargaining unit employees, unless, in the Company's opinion, such use of contractors and concurrent layoff will result in an improvement in cost, quality, technology, or operating efficiency. In the event that such use of contractors will result in a concurrent layoff of bargaining unit employees, the Company will discuss this use with the Union prior to implementing the layoff.

**SECTION 3.30   NON-DISCRIMINATION**

**Section 3.31** Neither the Company nor the Union shall discriminate against any individual because of race, color, religion, sex, national origin, or age with respect to any term or condition of employment or any other right or benefit, duty or obligation created and/or protected by the provisions of this Agreement. References to gender in this Agreement do not reflect a bias toward a specific group. Notwithstanding any other provisions in this Agreement, the Company may take such actions as are necessary to comply with applicable anti-discrimination laws, including the Americans with Disabilities Act. The Company will notify the Union when it plans to take such actions. The Company agrees that, in taking any actions

under this Section, it will not violate the seniority provision of this Agreement unless obligated to do so by prevailing law.

**SECTION 3.40   UNION REPRESENTATION**

**Section 3.41   Stewards.** The employees in each area who work substantially the same rotating shift schedule may be represented by one (1) Steward, up to a maximum of four (4) Stewards in each area. Employees in Maintenance Groups may be represented by one (1) Steward from maintenance. The performance by Union Stewards of their functions and duties as Union representatives shall not have priority over nor interfere with their performance of duties as employees of the Company. If it is necessary for a Steward to stop work to handle a grievance or problem pertaining to this Agreement, the Steward must first obtain the supervisor's permission. Such permission shall not be withheld unreasonably. Stewards shall be compensated for time spent during their regular working hours processing grievances at Step 1 of the grievance procedure. Employees elected as Union officials shall be compensated for time spent when requested by the Company to attend meetings needed to process grievances beyond Step 1 of the grievance procedure.

**Section 3.42** If an employee is required to take part in an interview or meeting and if the employee has reasonable grounds to believe that the matters to be discussed may result in disciplinary action against that employee, the employee may ask that the Steward from the employee's area be in attendance. Such employee requests for Union representation will be granted. Employees who have subjected themselves to disciplinary action which may lead to discharge may be required to report for a fact finding conference. The employee may request that their Steward be present in such conference. The Chairman of the Union Bargaining Committee and Local President shall be permitted to attend such a conference for the purpose of listening to all facts.

**Section 3.43   Union Business.** Employees may be excused from work for reasonable amounts of time for the purpose of conducting Union business.

# ARTICLE IV
# GRIEVANCES AND ARBITRATION

## SECTION 4.10 DEFINITION

**Section 4.11** For purposes of this Agreement, a grievance is a claim made by an employee covered by this Agreement, or by the Union, of a violation involving the meaning, interpretation, or application of one or more provisions of this Agreement in regard to rates of pay, hours of work, or other conditions of employment.

## SECTION 4.20 TIME LIMIT FOR FILING GRIEVANCES

**Section 4.21** The time limits discussed in this Article for filing and processing grievances shall exclude Saturdays, Sundays, and Company holidays.

**Section 4.22** No grievance shall be accepted or processed unless it is presented to the Company within seven (7) days after the occurrence of the event giving rise to the grievance, or within seven (7) days after the time the Union or any affected employee(s) should have acquired knowledge of the occurrence of such event.

**Section 4.23** Notwithstanding the provisions of Section 4.22 above, any grievance concerning the discharge or disciplinary suspension of an employee must be presented within five (5) days after the date the employee was informed of the discharge or disciplinary suspension, or it shall not be considered under this Agreement. The failure to impose discipline in any instance(s) is not a waiver of such right in any other instance(s).

## SECTION 4.30 METHOD OF ADJUSTING GRIEVANCES

Grievances shall be adjusted in the following manner:

**Section 4.31 Step 1: Supervisor.** A grievance shall first be discussed verbally with the supervisor, who will attempt to resolve matters made subject to arbitration by the terms of this Agreement. The employee may be represented by a Union Steward if he/she desires while discussing the grievance with the supervisor. This discussion must occur within the established time period described above. The supervisor shall answer the grievance verbally within five (5) days after the discussion.

**Section 4.32 Step 2: Area Manager.** If the grievance is not settled in Step 1 and the Union wishes to appeal, a written grievance shall be presented to the Area Manager within five (5) days following the supervisor's answer. The written grievance shall set forth the facts relied upon, and shall state the provision(s) of this Agreement which the Company is alleged to have violated. The Area Manager will provide a written answer within fourteen (14) days after receiving the written grievance.

**Section 4.33 Step 3: Plant Manager.** If the grievance is not settled in Step 2 and the Union wishes to appeal, the grievance shall be presented to the Plant Manager within fourteen (14) days after the Area Manager's answer in Step 2. The Plant Manager, or designee, shall meet with the grievant, Union's Bargaining Committee Chairman, **members of the Union's Bargaining Committee** and the Union's International Representative, or designee, within thirty (30) days to discuss the grievance. The Plant Manager, or designee, will provide a written answer to the Union within fourteen (14) days after the date of the meeting.

**Section 4.34 Step 4: Arbitration** If the grievance is not settled in Step 3, the Union may appeal the grievance to arbitration by giving written notice to the Company within forty-five (45) days after the date of the Company's written answer in Step 3. The parties shall request the Federal Mediation and Conciliation Service to submit a list of five (5) recognized and qualified arbitrators, all of whom must be members of the National Academy of Arbitrators. The parties shall alternate in the striking of the first name from the list, then shall strike names alternately until one (1) name is left. The remaining name shall be the arbitrator, who shall be notified of the selection by a joint letter from the Company and the Union.

The arbitrator shall have power and authority to arbitrate only those matters made subject to arbitration by the terms of this Agreement.

The arbitrator shall have no authority, jurisdiction, or power to amend, modify, nullify, or add to the provisions of this Agreement. The arbitrator shall consider and decide only those issues presented by the Company and the Union, and the decision and award shall be based solely upon the arbitrator's interpretation of the meaning or application of the terms of this Agreement to the grievance submitted. The award of the arbitrator shall be final and binding on the Company, the Union, and the employee(s) involved. All fees and expenses of the arbitrator and the cost of the meeting facility shall be shared equally by both parties. All other incidental fees and expenses, including the cost of the court reporter (if one is used) and the original stenographic record, shall be borne by the party incurring the cost. The Company shall not be obligated to pay Union representatives for time spent preparing for or participating in arbitration.

Any grievance submitted to arbitration which has not had an arbitrator selected within thirty (30) days after receipt of the panel of arbitrators from FMCS, or which has not been arbitrated within one (1) year of selecting the arbitrator, shall be considered closed.

## SECTION 4.40   EXTENSION OF TIME LIMITS

**Section 4.41** The time limits set forth in each step of the grievance procedure may be extended by mutual written agreement between the Company and Union. If the Company, during the first three (3) steps of the grievance procedure, fails to provide an answer to a grievance within the times specified in that step of this process, the grievance shall be considered denied at that step and the time period for appealing the grievance to the next step of this process shall commence. If a grievance submitted for arbitration has not been arbitrated within the time frame specified in Section 4.34 due to inaction by the Company, such time period will be extended. If a grievance submitted for arbitration has not been arbitrated within the time frame specified in Section 4.34 because the arbitrator fails to offer an available date or dates within that time period, the time period to arbitrate that grievance shall be extended to the first date the arbitrator is available. Any grievance not brought forward
by the Union in accordance with the time limits specified herein at step of this process shall be considered closed.

# ARTICLE V
# SENIORITY

## SECTION 5.10   SENIORITY

**Section 5.11** Seniority is measured from the actual date on which the employee was hired into the Plant. Employees hired on the same day shall be ranked on the basis of lots drawn at the time of hiring. Employees must promptly report to the Plant Human Resources Office, in writing, any changes of address or phone number.

**Section 5.12** Seniority is used when determining:

1. Order of layoff and recall in reduction of force from the Plant, in accordance with the procedure described in Section 5.50.
2. Order of displacement of employees from groups affected by curtailments of operation.
3. Filling of permanent vacancies in the Plant.
4. Allotment and scheduling of vacations.
5. Pension benefits, as provided in the Retirement Plan.

## SECTION 5.20   PROBATION PERIOD

**Section 5.21** During a probation period consisting of their first one-hundred twenty (120) calendar days, employees may be discharged for any reason and without recourse to the grievance procedure.

## SECTION 5.30   TEMPORARY EMPLOYEES

**Section 5.31** The Company at times may utilize the services of temporary employees, who will not accumulate seniority and may be discharged for any reason. Temporary employees will not be utilized before laid off regular employees are given the opportunity to work. A temporary employee may not work for more than a total of one thousand (1000) hours in any twelve (12) month period.

**Section 5.32** The Company and Union agree that temporary

summer e.

ees hired to work during the period between May and August shall not be required to pay Union initiation fees when they join the Union after the first (30) days of employment. These employees will be required to pay the union dues after they join the union, and shall be required to pay the initiation fee if they remain in the employment of the Company after September 1st.

## SECTION 5.40   FORFEITING SENIORITY RIGHTS

**Section 5.41** All seniority rights shall be forfeited and employment will be terminated upon the happening of any of the following events:

1. Retirement.
2. Severance.
3. Resignation.
4. Discharge for cause.
5. Employee is absent for three (3) consecutive working days without notifying the Company.
6. Employee is laid off in a reduction of force and not recalled within twenty-four (24) months from the date of layoff.
7. Employee is absent from work due to illness or injury for twenty-four (24) consecutive months, or thirty-six (36) consecutive months for employees with more than fifteen (15) years seniority.
8. Employee fails to report to work from layoff within three (3) days after notification, unless alternate arrangements are made by the employee with the Company within this three (3) day period.
9. Employee commits an offense while on military leave which results in the loss of legal right to re-employment.
10. Employees with less than five (5) years of service, who cannot be reassigned, is reduced from an area under the provisions of Section 6.43.

## SECTION 5.50   REDUCTION OF FORCE AND RECALL

**Section 5.51** When the staffing of a Process or Maintenance group

is reduced, the order of displacement shall be determined by the seniority of the employees so affected. Only employees selected Groups shall be subject to displacement from their Group.

**Section 5.52** If the reduction referred to in Section 5.51 is anticipated to last less than one hundred eighty (180) days, an employee so displaced may accept Plant layoff or may be assigned to a Process Support Group. In the event that the resulting number of Process Support Group employees exceeds the operating needs of the Plant, reductions from Process Support Groups will be accomplished as described in Section 5.54.

**Section 5.53** If the reduction referred to in Section 5.51 is anticipated to last one hundred eighty (180) days or more, or if a reduction originally anticipated to last less than one hundred eighty (180) days actually lasts one hundred eighty (180) days or more, employees so displaced may accept Plant layoff or may displace the like number of least senior employees in Process or Process Support Groups in the Plant, who will be subject to Plant layoff. Employees will choose from the vacancies made available by these displacements on a seniority basis.

**Section 5.54** In the event of a reduction in a Process Support Group, the order of displacement will be determined by the seniority of employees in all Process Support Groups. Such employees will be subject to Plant layoff.

**Section 5.60   Rate Maintenance** Employees displaced from their Group pursuant to Section 5.52 or Section 5.53 shall receive rate maintenance as follows:

**Section 5.61** Employees displaced from a Process or Maintenance Group to a Process Support Group will retain their former pay classification for their first one hundred eighty (180) days in the Process Support Group. Such employees who remain in the Process Support Group after this period will be reclassified and paid at the Process Support rate of pay.

**Section 5.62** Process and maintenance group employees, who are displaced to another process or maintenance group pursuant to Section 5.53, must earn Skill Blocks in their new group. The new

be learned under the time guidelines and rules covered in Section 6.42. Displaced employees will retain their former pay classifications for the time periods shown below, while they learn new Skill Blocks. Employees, who voluntarily accept another assignment under Section 6.31, will cease rate maintenance when they move to their new position.

| Pay Classification at time of displacement | Pay retention time |
|---|---|
| Operator 1 | 1 year |
| Operator 2, Mechanic 1 | 2 years |
| Operator 3, Mechanic 2 | 3 years |
| Central Control, Mechanic 3 | 4 years |

## SECTION 5.70   RECALL

**Section 5.71   Qualified** employees displaced from a Process or Maintenance Group pursuant to Section 5.52, **or Section 5.53** will be offered recall to permanent vacancies in their Group in seniority order. Employees on Plant layoff due to a reduction in force will be given the opportunity to accept recall to Process Support vacancies in seniority order. Employees on Plant layoff may apply for permanent vacancies in the Plant when such vacancies are posted.

## SECTION 5.80   SEVERANCE PAY

**Section 5.81**   In the event of the permanent and complete closing of the Plant, eligible employees may request and receive severance pay at the time they are terminated by the Company. In the event of a permanent partial closing of the Plant, eligible employees on reduction of force may request and receive severance pay if the Company does not believe they will be recalled within a two (2) year period. Eligible employees who have been placed on reduction of force and not recalled within two (2) years will receive severance pay. Employees will not be eligible for severance pay if they had less than three (3) years of Company seniority when placed on reduction of force.

**Section 5.82**   Severance pay is calculated at forty-five (45) times

the employee's hourly base rate of pay at the time of layoff for each year of seniority at the time of layoff. Partial years are calculated to the nearest one-twelfth (1/12).

**Section 5.83**   Employees receiving severance pay will forfeit all present and future employment, seniority, and recall rights with the Company.

## SECTION 5.90   EMPLOYEES WORKING IN NON-BARGAINING UNIT JOBS

**Section 5.91**   Employees who accept permanent transfer to non-bargaining unit jobs will retain the right to return to the bargaining unit without loss of seniority for a period of ninety (90) days.

**Section 5.92**   Employees who accept temporary assignment to non-bargaining unit jobs are excluded from the time limitations and loss of seniority as described in Section 5.91. Temporary assignment of hourly employees to non-bargaining unit jobs will not subject these jobs to the provisions of this Agreement. Such temporary assignments shall not last for more than a total of twelve (12) months over the life of this Labor Agreement without agreement of the parties. **Employees who voluntarily accept a temporary assignment as a Shift Coordinator may do so if it does not force another bargaining unit employee to work overtime.**

## ARTICLE VI
## PLANT ORGANIZATION

### SECTION 6.10   GENERAL

**Section 6.11   Business Units**   The Plant is divided into Business Units, which are established by the Company to contain those Plant functions related to specific market or product needs.

**Section 6.12   Process Groups**   Within each Business Unit, the Company shall establish Process Groups which contain crews of employees who are mutually responsible to operating and maintaining a process or function by performing all the operating and routine maintenance duties associated with that process or function. Pro-

cess Groups finally are comprised of four (4) crews responsible for managing a continuous process according to an established shift schedule.

**Section 6.13 Maintenance Groups** The Company shall establish one or more Maintenance Groups to contain crews of employees who are responsible for working with the Business Units performing maintenance, process improvement, and troubleshooting duties. Maintenance Group employees will work fixed or shift schedules depending on operating needs.

**Section 6.14 Process Support Groups** The Company shall establish one or more Process Support Groups to contain employees assigned to perform functions incidental to or in support of the process in all the Business Units. Employees working in a Process Support Group are assigned to specific Business Units, tasks, and schedules on the basis of operating need.

**Section 6.15** Employees in a Process or Maintenance Group are assigned to crews on the basis of qualifications and operating needs. Employees in a crew are assigned to perform the various functions of their crew on the basis of skill attainment and staffing needs. Employees may be moved from one crew to another within a Process or Maintenance Group and may be assigned to work in another Process or Maintenance Group as operating needs require.

**Section 6.16** Employees in a Process, Maintenance, or Process Support Group may be assigned to perform any task in the Plant which they can perform safely. A fundamental part of each employee's job is the requirement that employees work actively, effectively, and promptly to maximize the quantity and quality of production and resolve problems in the production process.

## SECTION 6.20 TEMPORARY VACANCIES

**Section 6.21** When a temporary condition occurs which, in the Company's opinion, causes a need for an additional employee to work, the Company will first attempt to fill the vacancy on a straight-time basis. If overtime is necessary to fill the vacancy, the crew then working in the area where the need exists will be responsible for assigning the work. Groups can establish their own

overtime procedures, subject to the limitations that the Group's overtime procedures do not interfere with the efficient operation of the Plant, and the Group not assign any employee to work more than sixteen (16) consecutive hours. The Company will not be responsible for reimbursing employees for claimed lost overtime opportunities or pay arising from the Group's actions in assigning overtime. If the Group does not assign the work as specified above, the Company may assign the work to anyone that can perform the work safely, including non-bargaining unit personnel. Employees must remain on the job until properly relieved. Exclusive of shutdown, employees will not be required to report to work without eight (8) hours rest.

## SECTION 6.30 PERMANENT VACANCIES

**Section 6.31** When a permanent vacancy occurs in a Process Group that the Company chooses to fill, the Company will post notices of the vacancy for one (1) week. During this time, all interested active employees and interested employees with recall rights on Plant layoff may apply for this vacancy. The Company will review all candidates' qualifications, including prior relevant experience and training in that area, and where two (2) or more candidates' qualifications are relatively equal, the most senior qualified employee will be offered the job. If an active employee is selected, such employee will be moved to the new Group within one hundred twenty (120) days, unless the move would seriously impact the areas' ability to schedule operator coverage. Once employees physically move to their new Group, they may return to their former Group within fifteen (15) calendar days of their move. Such employees forfeit all present and future rights to the new Group. An employee who accepts a job in accordance with this paragraph must remain in that process group for eighteen (18) months before they will be allowed to apply for permanent vacancies in other process or maintenance groups. The Company may fill a subsequent vacancy in a Process Group that is created as a result of an employee moving from one Process Group to another pursuant to this Section by limiting applications for this subsequent vacancy to employees in the

Process Support Group or on Plant layoff. The Company may hire employees directly into Maintenance and Process Support Groups. The Company may hire employees directly into Process Groups if no qualified active or laid off employees apply.

**Section 6.32** When a permanent vacancy occurs in Process Support in the Warehouse area that the Company chooses to fill, the Company will post notices of the vacancy for one (1) week. During this time, all interested active employees and interested employees with recall rights on Plant layoff may apply for this vacancy. Process Support positions in the Warehouse area will be awarded to the most senior employee who is capable of doing the job. If an active employee is selected, such employee will be moved to the new Group within one hundred twenty (120) days, unless the move would seriously impact the areas' ability to schedule operator coverage. Once employees physically move to their new Group, they may return to their former Group within fifteen (15) calendar days of their move. The Company may fill a subsequent vacancy in a Process Group that is created as a result of an employee moving in accordance with this Section by limiting applications for this subsequent vacancy to employees in the Process Support Group or on Plant layoff. The Company may hire employees directly into Maintenance and Process Support Groups. The Company may hire employees directly into the Process Groups if no qualified active or laid off employees apply.

## SECTION 6.40  SKILL BLOCKS

**Section 6.41** The specific learning requirements of each of the functions in Process or Maintenance Groups are established by the Company in Skill Blocks. The contents of each Skill Block and the specific Skill Blocks to be learned by each employee in the Group will be determined by the Company based on the operating needs of the Group. Changes in Skill Block content or progressions will be consistent with the Skill Block system. The Company will discuss any changes in Skill Block content or progression with the Union upon request.

**Section 6.42** Process and maintenance group members must qualify for their area's Basic Skill Block within the first 180 days in their area. New process or maintenance employees in an area must qualify for their first Skill Block (SB1) within the first eighteen (18) months in their area. They must qualify for their second Skill Block (SB2) within the first thirty-six (36) months in their area. Qualifying for these first two skill Blocks is mandatory for retention in the area. To qualify, an employee must demonstrate actual operating proficiency and must pass an oral or written test designed to assess the employee's knowledge of the safe and efficient parameters needed to successfully do the work required. Employees also may earn an optional third Skill Block (SB3).

Employees must remain proficient in each Skill Block for which they are being paid. If conditions change such that the knowledge and work skill demands for a Skill Block(s) no longer exist, (e.g., a work area or process ceases operation or is merged with another area or process operation), process group members with two (2) Skill Blocks or less in that affected area must learn replacement Skill Block(s) to meet the minimum requirement of two active Skill Blocks. Employees are given eighteen (18) months for each Skill Block that must be learned. Employees with three (3) Skill Blocks who do not remain proficient in a Skill Block or who do not earn a third replacement Skill Block will be paid as an Operator 2 or Mechanic 2.

The Company will determine the need for and qualifications required for Central Control Room Operators in specified areas of the plant. The Company will review all interested area employees who hold two (2) current Skill Blocks. Where two (2) or more candidates qualifications are relatively equal, the most senior employee will be selected. If no one expresses interest, the least senior qualified employee holding two (2) current area Skill Blocks will be selected.

**Section 6.43** If training opportunities are made available, employees who do not successfully complete their Skill Block evaluations within the periods described in Section 6.42 or do not remain proficient in the required Skill Block(s) they have completed may be subject to reassignment and loss of the pay associated with the

Skill Block. Employees with less than five (5) years of service, who cannot be reassigned, will be subject to the provisions of Section 5.41.

**Section 6.44** An employee will receive the pay increase associated with a Skill Block following the successful completion of the Skill Block's qualification test. There must be at least six months between tests for succeeding Skill Blocks. If the Company is unable to provide an employee the training opportunities needed to meet the Skill Block time limits in Section 6.42, the Company will provide the pay increase associated with the Skill Block at the expiration of the time limit. The employee must complete the Skill Block as quickly as possible when training can be provided. Similarly, if the Company is unable to accommodate Skill Block rotation among employees for the purpose of an employee staying proficient in a Skill Block(s), the Company will waive all pay and reassignment actions outlined for such cases in sections 6.42 and 6.43, respectively.

# ARTICLE VII
# HOURS

## SECTION 7.10   WORK WEEK

**Section 7.11** For payroll purposes, the work week for any Group shall begin with the first regularly scheduled shift for that Group which begins after 12:01 a.m. on Monday.

## SECTION 7.20   HOURS OF WORK

**Section 7.21 Day workers** The regular hours of employment for employees who are day workers shall be eight (8) to twelve (12) hours of work per day, normally beginning at a consistent starting time.

**Section 7.22 Shift workers** Shift workers are normally organized into four (4) crews for work related to processes which operate twenty-four (24) hours a day for seven (7) days per week. Such crews will work rotating shifts according to established shift schedules. Such shift schedules will consist of eight (8) hour or twelve (12) hour shifts, or a combination thereof. Each shift rotation will consist of not less than (3) or not more than seven (7) consecutive days.

# ARTICLE VIII
# WAGES

## SECTION 8.10   RATES OF PAY

**Section 8.11** For the term of this Agreement, effective the dates set forth below, the hourly wage rates for all hours actually worked (except as provided elsewhere in this Article) for employees covered by this Agreement shall be as follows:

|  | 10/1/02 | 10/1/03 | 10/1/04 |
|---|---|---|---|
| Mech. III/Control Room | 18.52 | 19.07 | 19.62 |
| Oper. III/Mech. II | 17.81 | 18.36 | 18.91 |
| Oper. II/Mech. I | 17.11 | 17.66 | 18.21 |
| Operator I | 16.40 | 16.95 | 17.50 |
| Process Support/Basic | 15.70 | 16.25 | 16.80 |
| New Hire | 15.20 | 15.75 | 16.30 |
| Temporary | 10.50 | 10.50 | 10.50 |

**Section 8.12** Employees in Process Groups are classified as follows:

| Classification | Definitions |
|---|---|
| Basic, Process Support | Employees who have earned their Basic Skill Block |
| Operator 1 | Employees who have earned their Basic Skill Block and their 1st process area Skill Block (SB1) |
| Operator 2, Mechanic 1 | Employees who have earned their Basic Skill Block plus 2 process Skill Blocks (SB1 & SB2) |

| | |
|---|---|
| Operator 3, Mechanic 2 | Employees who have earned their Basic Skill Block and their 1st Maintenance Skill Block (MSB1) |
| | Employees who have earned their Basic Skill Block plus 3 process Skill Blocks (SB1, SB2, & SB3) |
| Mechanic 3 | Employees who have earned their Basic Skill Block and two Maintenance Skill Blocks (MSB1 & MSB2) |
| | Employees who have earned their Basic Skill Block plus 3 Maintenance Skill Blocks (MSB1, MSB2, & MSB3) |
| Central Control Room | Employees who have earned their Basic Skill Block at least 2 process Skill Blocks and the Control Room Skill Block |

**Section 8.13** Process or Maintenance Group employees who are moved temporarily by the Company to another Process or Maintenance Group for business reasons will retain their pay classification while working in the new Group. Process or Maintenance Group employees who choose to move to another Process or Maintenance Group as described in Section 6.31 will be reclassified and paid at the Operator I level, or Maintenance I level, respectively. Employees displaced to another Group due to a Reduction in Force as described in Section 5.52 or Section 5.53 will be paid as described in Section 5.60. Process or Maintenance Group employees who are moved to a Process Support Group as described in Section 6.43 shall be reclassified and paid as Process Support Group employees.

**Section 8.14** Except as described in Section 5.61, Process Support Group employees are paid the Process Support rate of pay regardless of the task they are assigned to perform. A Process Support Group employee who is assigned by the Company to replace a Process Group employee during a shift shall be paid $.50 above the Process Support rate of pay for the entire shift.

October 1, 2002    20

**Section 8.15** Process Group employees who are shift workers shall receive a premium of $0.30 per hour for all hours actually worked. Effective October 1, 2000, this amount will increase to $0.35 per hour. Effective October 1, 2001, the premium shall be increased to $0.40 per hour. Maintenance Group and Process Support Group employees shall be entitled to this premium when they actually work on the same rotating schedule as Process Group employees who are shift workers.

**Section 8.16** Temporary employees are paid at the temporary rate of pay, regardless of what function they are assigned.

## SECTION 8.20   OVERTIME

**Section 8.21** Time worked in excess of the employee's regularly scheduled work hours on scheduled work days, time worked in excess of forty hours in any work week, time worked on an employee's scheduled rest day (provided the employee works all scheduled work days during the work week), and time worked on Sunday will be paid at one and one-half (1 1/2) times the employee's regular straight time rate of pay. Overtime shall not be paid more than once for the same hours worked, and there shall be no pyramiding of overtime and/or premium pay.

**Section 8.22** Nothing contained in this Agreement shall be construed as a guarantee of hours of work per day or per week.

## SECTION 8.30   HOLIDAYS

**Section 8.31** The following holidays are recognized for employees covered by this Agreement: New Year's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, day after Thanksgiving, December 24, Christmas Day, and New Year's Eve Day.

**Section 8.32** All active employees not scheduled to work on a holiday and who do not work on the holiday are eligible for eight (8) hours pay at the employee's regular straight time rate of pay. Such extra hours will not count toward the calculation of overtime as described in Section 8.21.

October 1, 2002    21

Section ... Employees who work at least a full shift on a holiday will be paid at two and one-half (2 1/2) times their regular straight time rate of pay for all hours actually worked on the holiday. Employees required to work less than a full shift on a holiday will be paid at one and one-half (1 1/2) times their regular straight time rate of pay for all hours actually worked on the holiday, and will also receive eight (8) hours pay at the employee's regular straight time rate of pay that will not count toward the calculation of overtime as described in Section 8.21.

**Section 8.34** Employees scheduled to work the holiday and who fail to do so will not receive pay for a holiday not worked, unless their absence was due to:

1) Injury received while on duty for the Company during sixty (60) calendar days preceding the holiday.

2) Illness or non-occupational injury substantiated by appropriate documentation from a physician.

3) Death, marriage, or critical illness of a member of the employee's immediate family.

4) Funeral leave

**Section 8.35** Absences during holiday weeks may result in more severe disciplinary action than would normally result due to an absence.

## SECTION 8.40   REPORTING FOR UNSCHEDULED WORK

**Section 8.41** Employees required by the Company to report for unscheduled work, or who are scheduled for a meeting on their off-day, and who actually report to work and are sent home after working less than four (4) hours through no fault of the employee shall be paid for four (4) hours work. The entire four (4) hours shall be considered as time worked for the purpose of calculating overtime as described in Section 8.21.

## SECTION 8.50   JURY DUTY

**Section 8.51** Employees required by the Company to serve on jury duty shall be paid their regular straight time hourly rate for the time lost from scheduled hours of work for the number of days needed to fulfill the jury duty obligation. Hours paid for jury duty shall not be included in the calculation of overtime as described in Section 8.21.

## SECTION 8.60   FUNERAL LEAVE

**Section 8.61** Time lost from scheduled work due to a death in the immediate family of an employee and a funeral **or memorial service** shall be paid at the employee's regular straight time rate of pay as follows:

1) Time not to exceed five (5) consecutive days, one of which must be the day of the funeral, for the employee's legal spouse, mother, father, children, step-children, or foster children.

2. Time not to exceed three (3) consecutive days, one of which must be the day of the funeral, for the employee's brother, sister, step-mother, step-father, grandfather, grandmother, grandchildren, mother-in-law, father-in-law, and foster parents.

3) Time lost from scheduled work for the day of the funeral only, for the employee's son-in-law, daughter-in-law, brother or sister of the employee's spouse, or spouse of the employee's brother or sister.

Pay for funeral leave will not be counted as hours toward the calculation of overtime as described in Section 8.21.

## SECTION 8.70   TIME AND PLACE OF WAGE PAYMENT

**Section 8.71** Hourly wages are paid on Thursday of each week for the work week ending the preceding Sunday. All Decatur Plant employees shall be paid through one of the following methods: (1) direct deposit of their paychecks to a participating financial insti-