Exhibit 1

DATE: 8/15/02

TO: *Sonya Bratcher*

FROM: *Joann Daugherty*

RE:

**EXHIBIT**

*Bratcher 10*

## NOTIFICATION OF POSSIBLE FAMILY and MEDICAL LEAVE ELIGIBILITY

On 8/15/02, you informed the Company of a situation that may qualify you for family and medical leave under the Family and Medical Leave Act of 1993 (FMLA). The FMLA provides eligible employees with a total of 12 weeks of leave during any rolling 12-month period. During those 12 weeks, the company is obligated to maintain your health benefits. We also must ensure that if you return during that time, and are released to perform the functions of your job, that you are reinstated to the same or equivalent job with the same pay, benefits and other terms of employment.

This letter is to inform you that we are preliminarily designating the time away (and any future time away for the same reason) as being covered under the FMLA. This designation is being made pending your return of the enclosed Medical Certification Statement (to be completed by the attending physician for this circumstance). These forms must be returned to me within 15 days of the date of this letter so that we may evaluate the medical necessity and eligibility of the FMLA request. If you fail to return these forms in a timely manner, it may result in the FMLA designation being revoked, and the time away from work being designated as "absent" without benefit of the protections of the FMLA.

You should also be aware of the following things regarding FMLA leave:
- The Company requires that any accrued paid leave (*e.g.*, vacation) be utilized for periods of FMLA leave that would otherwise be unpaid when the leave is for any reason other than your own serious health condition.
- Periodic medical certification is required in order to continue eligibility under FMLA. The company may require certification of the serious health condition necessitating FMLA leave every 30 days.
- If the absence is for a serious health condition and the physician's statement specifies a date that the patient is released from care, you are expected to return to work on your next scheduled shift.
- If you should convert to the unpaid FMLA leave, you will be required to pay your portion of insurance premiums during the unpaid leave in order to maintain coverage. You will have a 30-day grace period within which to make these payments. If, after providing a 15-day notice of the fact that your coverage will lapse, you do not make the required payment, you will cease to have medical coverage. This coverage may be restored, provided you return before the expiration of FMLA leave. This provision applies primarily to situations where leave is continuous, but you still should be aware of this provision.
- If this absence is for your own serious health condition, you may be required to present a fitness-for-duty certificate prior to returning to work if the absence is for more than 5 consecutive work days.
- Failure to return to work following period(s) of continuous unpaid leave may require you to reimburse TLNA for your health care coverage (the COBRA cost of continuation) for the period you were on continuous leave.

If the leave being requested is approved and is for intermittent leave, you must identify the need for leave as being for the FMLA approved reason at the time the leave is needed.

2002 Family Leave Packet.doc

# TATE & LYLE

Exhibit 2

**EXHIBIT**
Bratcher 11

TATE & LYLE NORTH AMERICA
2200 East Eldorado Street
Decatur, IL 62525
USA
Tel 217 423 4411
Fax 217 421 2216
www.tateandlyle.com

August 20, 2002

Ms. Sonya Bratcher
545 W Main Apt 7
Decatur, IL 62522

Dear Ms. Bratcher:

We have received notification that you have been absent from work and may be eligible to Receive benefits under the Health and Accident benefit plan.

In order to receive pay under the H&A benefit plan, we must receive a completed physician statement from you at the beginning of your absence and at least every 30 days during your absence from work. If we do not receive the completed form on a timely basis, your benefits will be suspended pending receipt of the form. I have enclosed a supply of physician statements for your use. **I will also need a release from your doctor when he feels you are able to return to work.**

You will receive information regarding FMLA in a separate mailing. You should know that your time off for injury/illness runs concurrently with the Family Medical Leave Act allotment.

While you are out on short-term disability you will continue to receive company sponsored health care coverage. Your normal employee contributions will continue to be deducted from your checks pre-tax. After you have exhausted your 26-week short-term disability benefit, you may be eligible for Long Term Disability (LTD). If you are approved for a LTD benefit, you will be eligible to continue your health care coverage through COBRA at regular COBRA premiums, which are 102% of the total cost of health care coverage. More information regarding this health care continuance coverage will be provided at the time you apply for a LTD benefit.

Please feel free to call me if you have any questions. You can reach me direct at 217/421-3440.

Sincerely,

Carol Mattingly
Administrative Coordinator
Human Resources

TATE & LYLE IS A GLOBAL LEADER IN CARBOHYDRATE PROCESSING. OUR BRANDS AND HIGH QUALITY INGREDIENTS ADD VALUE TO CONSUMER PRODUCTS AROUND THE WORLD.

Exhibit 3

# TATE & LYLE NORTH AMERICA

### REQUEST FOR BENEFITS UNDER:
### HEALTH & ACCIDENT BENEFIT PLAN or
### SHORT-TERM SALARY CONTINUANCE PLAN

**EXHIBIT**
Bratcher 12

NAME: Sonya Bratcher    SS#: 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

LOCATION/ BUSINESS UNIT: ViCO    TEAM: A

I request Health & Accident or Salary Continuance benefits (whichever is applicable) for absences due to non-occupational injury or illness. I have been off work since **8-11-02** and anticipate returning to work by _____. I understand and agree to contact Human Resources in Decatur prior to my return to work to terminate this benefits claim, and also understand that a medical release is required at the time of my return. I also understand and agree to keep my supervisor up to date as to the status of my inability to work. A new statement must be submitted not less than every 30 days in order to continue benefits. *I hereby authorize the release of any medical information necessary to process this request.*

Employee's Signature: Sonya Bratcher    Date: 8.16.02

### PHYSICIAN'S STATEMENT

Name of physician: Laurel Walton DO / Voegepsc

Address: 1770 E. Lakeshore Dr Suite 309 Decatur

Telephone Number: 217-422-9740    Fax Number: 217-422-7813

Employee has been off work since: 8-11-02    Was employee hospitalized overnight? YES (NO)

Date first seen for this condition: 8-14-02    Date last seen for condition: 8-14-02

Is the affliction the result of an accident? (Describe below under Medical Facts): YES (NO)

Based on the patient's condition, has he/she been capable of working since:

1. First reporting off work?    YES    NO  ? Has only had a
2. The date last seen for the condition?  (YES)   NO     appointment

Date released to return to work (or is expected to return): 8-14-02

Medical facts regarding the condition, including diagnosis: pregnancy. Able to work. May lift upto 25 pounds. Should have work break every 2 hours

Is the employee unable to perform work of any kind?    YES    (NO)

If able to perform some work, is the employee unable to perform one or more essential functions of the employee's job?   (YES)       NO
If yes, explanation of extent to which employee is unable to perform the functions of his or her job:

_According to pt, she lifts 50 lb bags of hazardous chemicals/materials. She should limit weight and only nonhazardous items._

If the employee's condition does not limit his/her ability to perform work, is it necessary for the employee to be absent from work for treatment?   (YES)       NO   _intermittently_

If the condition is a chronic condition or pregnancy, state whether the employee is presently incapacitated and the likely duration on frequency of the episodes of incapacity:

_not incapacitated_

If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments:   _seen every 1-2 w until delivery_

If a regimen of continuing treatment is required under your supervision, provide a general description of such regimen (e.g.; prescription drugs, therapy, etc.)
_prenatal visits_

If treatments are to be provided on an intermittent or part-time basis, provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment (if known), and period required for recovery (if any):

_As above, next appointment in 2 weeks_

If another provider of health services (e.g., physical therapist) will provide any of these treatments, please state the nature of the treatments: _____

Signature of Physician (and Degree): _Waltonso / Meyer RN_
Date: _8-16-02_

---

| Return original to: | TATE & LYLE NORTH AMERICA<br>Attn: Carol Mattingly, Employee Benefits<br>2200 E. Eldorado<br>Decatur, IL  62521         FAX: (217) 421-3114 |
|---|---|



Bratcher 13

Exhibit 4

# TATE & LYLE NORTH AMERICA

### REQUEST FOR BENEFITS UNDER:
### HEALTH & ACCIDENT BENEFIT PLAN or
### SHORT-TERM SALARY CONTINUANCE PLAN

NAME: Sonya Bratcher             SS#: 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

LOCATION/
BUSINESS UNIT: ViCo              TEAM: A

I request Health & Accident or Salary Continuance benefits (whichever is applicable) for absences due to non-occupational injury or illness. I have been off work since **8.15.02** and anticipate returning to work by _____. I understand and agree to contact Human Resources in Decatur prior to my return to work to terminate this benefits claim, and also understand that a medical release is required at the time of my return. I also understand and agree to keep my supervisor up to date as to the status of my inability to work. A new statement must be submitted not less than every 30 days in order to continue benefits. I hereby authorize the release of any medical information necessary to process this request.

Employee's Signature: *Sonya Bratcher*      Date: 9.19.02

## PHYSICIAN'S STATEMENT

Name of physician: Evelyn Odunsi

Address: 1 Memorial Dr. Ste 300 Decatur IL 62526

Telephone Number: 217 875 5545       Fax Number: 217 875-4680

Employee has been off work since: _____      Was employee hospitalized overnight? YES (NO)

Date first seen for this condition: 8-19-02   Date last seen for condition: 8-19-02

Is the affliction the result of an accident? (Describe below under Medical Facts): YES (NO)

Based on the patient's condition, has he/she been capable of working since:

1. First reporting off work?            YES    NO
2. The date last seen for the condition?  YES    NO

Date released to return to work (or is expected to return): _____

Medical facts regarding the condition, including diagnosis: Pregnancy - uncomplicated

Is the employee unable to perform work of any kind?   YES   (NO)

2002 H&A form.doc                                Page 1 of 2

If able to perform some work, is the employee unable to perform one or more essential functions of the employee's job?    YES    (NO)
If yes, explanation of extent to which employee is unable to perform the functions of his or her job:

_____

_____

If the employee's condition does not limit his/her ability to perform work, is it necessary for the employee to be absent from work for treatment?    YES    (NO)

If the condition is a chronic condition or pregnancy, state whether the employee is presently incapacitated and the likely duration on frequency of the episodes of incapacity:

_____ none at present_____

If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments: _____

If a regimen of continuing treatment is required under your supervision, provide a general description of such regimen (e.g.; prescription drugs, therapy, etc.)   ofc visits

If treatments are to be provided on an intermittent or part-time basis, provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment (if known), and period required for recovery (if any):

_____

If another provider of health services (e.g.; physical therapist) will provide any of these treatments, please state the nature of the treatments: _____

_____ DNA _____

Signature of Physician (and Degree): _Evelyn [illegible] md._

Date: _____

| Return original to: | TATE & LYLE NORTH AMERICA<br>Attn: Carol Mattingly, Employee Benefits<br>2200 E. Eldorado<br>Decatur, IL 62521    FAX: (217) 421-3114 |
|---|---|

Exhibit 5

# TATE & LYLE NORTH AMERICA

### REQUEST FOR BENEFITS UNDER:
### HEALTH & ACCIDENT BENEFIT PLAN or
### SHORT-TERM SALARY CONTINUANCE PLAN

**EXHIBIT**
Bratcher 14

NAME: Sonya Bratcher    SS#: 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

LOCATION/BUSINESS UNIT: Vico    TEAM: A

I request Health & Accident or Salary Continuance benefits (whichever is applicable) for absences due to non-occupational injury or illness. I have been off work since 8-15-02 and anticipate returning to work by _____. I understand and agree to contact Human Resources in Decatur prior to my return to work to terminate this benefits claim, and also understand that a medical release is required at the time of my return. I also understand and agree to keep my supervisor up to date as to the status of my inability to work. A new statement must be submitted not less than every 30 days in order to continue benefits. I hereby authorize the release of any medical information necessary to process this request.

Employee's Signature: Sonya Bratcher    Date: 10-17-02

### PHYSICIAN'S STATEMENT

Name of physician: Evelyn D Odusi

Address: 1 Memorial Dr Ste 300

Telephone Number: (217) 875-5545    Fax Number: (217) 875-4680

Employee has been off work since: 8/15/02    Was employee hospitalized overnight? YES / **NO**

Date first seen for this condition: 8/19/02    Date last seen for condition: 10/17/02

Is the affliction the result of an accident? (Describe below under Medical Facts): YES / **NO**

Based on the patient's condition, has he/she been capable of working since:

1. First reporting off work?    YES    **NO**
2. The date last seen for the condition?    YES    **NO**

Date released to return to work (or is expected to return): 6 weeks postpartum

Medical facts regarding the condition, including diagnosis: Pregnancy with light-headedness daily

Is the employee unable to perform work of any kind? **YES**    NO

TLNA H&A/SC Form    Page 1 of 2

If able to perform some work, is the employee unable to perform one or more essential functions of the employee's job?   YES      NO
If yes, explanation of extent to which employee is unable to perform the functions of his or her job:

_____

_____

If the employee's condition does not limit his/her ability to perform work, is it necessary for the employee to be absent from work for treatment?      YES      NO

If the condition is a chronic condition or pregnancy, state whether the employee is presently incapacitated and the likely duration on frequency of the episodes of incapacity:

_____ No work until 6 weeks postpartum EDC 11/9/02 _____

If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments: _____ 4 additional antepartum visits, 1 postpartum _____

If a regimen of continuing treatment is required under your supervision, provide a general description of such regimen (e.g.; prescription drugs, therapy, etc.)

_____

If treatments are to be provided on an intermittent or part-time basis, provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment (if known), and period required for recovery (if any):

_____ See above _____

If another provider of health services (e.g.; physical therapist) will provide any of these treatments, please state the nature of the treatments: _____

_____

Signature of Physician (and Degree): *Evelyn DeAdwin, MD*
Date: 10-18-02

| Return original to: | TATE & LYLE NORTH AMERICA |
|---|---|
| | Attn: Carol Mattingly, Employee Benefits |
| | 2200 E. Eldorado |
| | Decatur, IL 62521     FAX: (217) 421-3114 |

# TATE & LYLE

Exhibit 6

**EXHIBIT**
Bratcher 15

TATE & LYLE NORTH AMERICA

2200 East Eldorado Street
Decatur, IL 62525
USA
Tel 217 423 4411
Fax 217 421 2216
www.tateandlyle.com

November 22, 2002

Ms. Sonya Bratcher
545 Main
Apt 7
Decatur, IL 62522

Dear Sonya:

We have not received a completed Physician's Statement from you since 10/18/02.

In order to receive benefits from our H&A Plan, we must receive a statement every 30 days.

For your convenience, I have enclosed a form for you to have completed and returned to me. If you have already mailed one, please disregard this notice.

Thank you.

Sincerely,

Carol Mattingly
Carol Mattingly
Human Resources

TATE & LYLE IS A GLOBAL LEADER IN CARBOHYDRATE PROCESSING. OUR BRANDS AND HIGH QUALITY INGREDIENTS ADD VALUE TO CONSUMER PRODUCTS AROUND THE WORLD.

Exhibit 8

# TATE & LYLE NORTH AMERICA

REQUEST FOR BENEFITS UNDER:
HEALTH & ACCIDENT BENEFIT PLAN or
SHORT-TERM SALARY CONTINUANCE PLAN

**EXHIBIT**
Bratcher 16

NAME: Sonya Bratcher        SS#: 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

LOCATION/
BUSINESS UNIT: UICO         TEAM: A

I request Health & Accident or Salary Continuance benefits (whichever is applicable) for absences due to non-occupational injury or illness. I have been off work since 8.15.02 and anticipate returning to work by _____. I understand and agree to contact Human Resources in Decatur prior to my return to work to terminate this benefits claim, and also understand that a medical release is required at the time of my return. I also understand and agree to keep my supervisor up to date as to the status of my inability to work. A new statement must be submitted not less than every 30 days in order to continue benefits. I hereby authorize the release of any medical information necessary to process this request.

Employee's Signature: Sonya Bratcher        Date: 11/13/02

## PHYSICIAN'S STATEMENT

Name of physician: Evelyn D. Odousi

Address: 1 Memorial Dr Ste 300 Decatur IL 62521

Telephone Number: (217) 875-5545        Fax Number: (217) 875-4680

Employee has been off work since: 11/14/02        Was employee hospitalized overnight? YES / **NO**

Date first seen for this condition: 8/19/02        Date last seen for condition: 11/16/02

Is the affliction the result of an accident? (Describe below under Medical Facts): YES **NO**

Based on the patient's condition, has he/she been capable of working since:

1. First reporting off work?          YES   **NO**
2. The date last seen for the condition?   YES   **NO**

Date released to return to work (or is expected to return): 12/18/02

Medical facts regarding the condition, including diagnosis: Normal Vaginal Delivery ICD-9 650

Is the employee unable to perform work of any kind?   YES   **NO**

2002 H&A form.doc                                    Page 1 of 2

If able to perform some work, is the employee unable to perform one or more essential functions of the employee's job?    YES         NO
If yes, explanation of extent to which employee is unable to perform the functions of his or her job:

_____

_____

If the employee's condition does not limit his/her ability to perform work, is it necessary for the employee to be absent from work for treatment?    YES         NO

If the condition is a chronic condition or pregnancy, state whether the employee is presently incapacitated and the likely duration on frequency of the episodes of incapacity:

_____

If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments:   _Postpartum    1/2/03_____

If a regimen of continuing treatment is required under your supervision, provide a general description of such regimen (e.g.; prescription drugs, therapy, etc.)

_____

If treatments are to be provided on an intermittent or part-time basis, provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment (if known), and period required for recovery (if any):

_____

If another provider of health services (e.g.; physical therapist) will provide any of these treatments, please state the nature of the treatments:

_____

_____


Signature of Physician (and Degree): _____[signature] M.D._____

Date: _12/17/02_

| Return original to: | TATE & LYLE NORTH AMERICA<br>Attn: Carol Mattingly, Employee Benefits<br>2200 E. Eldorado<br>Decatur, IL 62521            FAX: (217) 421-3114 |
|---|---|

2002 H&A form.doc                                                                                          Page 2 of 2

*Exhibit 7*

# TATE & LYLE NORTH AMERICA

## REQUEST FOR BENEFITS UNDER:
### HEALTH & ACCIDENT BENEFIT PLAN or
### SHORT-TERM SALARY CONTINUANCE PLAN


EXHIBIT
Bratcher 17

NAME: Sonya Bratcher         SS#: 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

LOCATION/BUSINESS UNIT: ViCO         TEAM: A

I request Health & Accident or Salary Continuance benefits (whichever is applicable) for absences due to non-occupational injury or illness. I have been off work since 8-15-02 and anticipate returning to work by _____. I understand and agree to contact Human Resources in Decatur prior to my return to work to terminate this benefits claim, and also understand that a medical release is required at the time of my return. I also understand and agree to keep my supervisor up to date as to the status of my inability to work. A new statement must be submitted not less than every 30 days in order to continue benefits. I hereby authorize the release of any medical information necessary to process this request.

Employee's Signature: Sonya Bratcher         Date: 11-14-02

### PHYSICIAN'S STATEMENT

Name of physician: Evelyn Odunsi

Address: #1 Memorial Dr Ste 300 Decatur IL 62526

Telephone Number: (217) 875-5545         Fax Number: (217) 875-4680

Employee has been off work since: 8/15/02         Was employee hospitalized overnight? YES / **NO**

Date first seen for this condition: 8/19/02         Date last seen for condition: 11/14/02

Is the affliction the result of an accident? (Describe below under Medical Facts): YES **NO**

Based on the patient's condition, has he/she been capable of working since:

1. First reporting off work?         **YES**         NO
2. The date last seen for the condition?         **YES**         NO

Date released to return to work (or is expected to return): 1/3/03

Medical facts regarding the condition, including diagnosis:

Normal Vaginal Delivery  ICD-9  650

Is the employee unable to perform work of any kind? **YES**         NO

TLNA H&A/SC Form         Page 1 of 2

- If able to perform some work, is the employee unable to perform one or more essential functions of the employee's job?   YES      NO
If yes, explanation of extent to which employee is unable to perform the functions of his or her job:

_____

_____

If the employee's condition does not limit his/her ability to perform work, is it necessary for the employee to be absent from work for treatment?   YES      NO

If the condition is a chronic condition or pregnancy, state whether the employee is presently incapacitated and the likely duration on frequency of the episodes of incapacity:

_____No work until 1/3/03_____

If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments:   _____6 week postpartum exam 1/2/03_____

If a regimen of continuing treatment is required under your supervision, provide a general description of such regimen (e.g.; prescription drugs, therapy, etc.)

_____

If treatments are to be provided on an intermittent or part-time basis, provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment (if known), and period required for recovery (if any):

_____

If another provider of health services (e.g.; physical therapist) will provide any of these treatments, please state the nature of the treatments: _____

_____

Signature of Physician (and Degree): _Evelyn DeChristi, MD_

Date: _11/25/02_

| Return original to: | TATE & LYLE NORTH AMERICA<br>Attn: Carol Mattingly, Employee Benefits<br>2200 E. Eldorado<br>Decatur, IL  62521        FAX: (217) 421-3114 |
|---|---|

TLNA H&A/SC Form                                                                                 Page 2 of 2

# TATE & LYLE

TATE & LYLE NORTH AMERICA

A.E. Staley Manufacturing Co.
2200 East Eldorado Street
Decatur, IL 62525
USA
Tel 217 423 4411
Fax 217 421 2216
www.tateandlyle.com

**EXHIBIT**
Bratcher 18

January 14, 2003

Ms. Sonya Bratcher
456 E Stuart Ave.
Decatur, IL 62526

Dear Sonya,

This letter is being sent to you to inform you of your termination from Tate & Lyle's A. E. Staley Manufacturing Company plant in Decatur, Illinois, effective immediately. Your termination is due to your failure to return from a medical leave of absence and you absence for three consecutive working days without notifying the Company, in accordance with item #5 of Section 5.41 of our labor agreement.

On November 25, 2002, Dr. Evelyn Odunsi completed her portion of the Health & Accident Benefit Plan form, indicating that you would be released to return to work on January 3, 2003. In a subsequent form, completed by Dr. Odunsi on December 17, 2002, she indicated that you were released to return to work on December 18, 2002.

You failed to return on either of these dates and have not contacted your supervisor or presented any information to the Company on why you have not returned.

You will receive, under separate mailings, information that may be applicable to you from benefit plans in which you were a participant.

Sincerely,

*Greg Hanselman*

Greg Hanselman
Operations Manager
Decatur Plant

c.c.     Employee Personnel File
         Payroll
         Paul Zeck – VICO Manager
         Pace, Intl. Union, Local 6-837