1·7·05
E-FILED
Tuesday, 11 January, 2005  02:35:05 PM
Clerk, U.S. District Court, ILCD

Sonja Bratcher
vs.
Tate & Lyle
A.E. Staley

NO. 04-2005

**FILED** Sonja Bratcher
JAN 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I'm writing this letter pertaining to my Summary judgement. I begging for an extension beyond the date Jan. 19, 2005 I'm asking for this extension for reasons I didn't Receive my notice to pick it up from the post office not knowing that I had a package to pick up. I spoke with the other Attorney Mrs. Savage and she told me that she had gotten the package back and that she was going to be mailing it straight to my house the day of Jan. 6, 2005. This was the first time this has happen because usually I get my notices and pick up my mail. So I'm asking for time until the end of the month or whenever best for the Court if I could have sometime to read through it and Respond in a properly manner.

I apologize for the inconvenience that I may have cause but it wasn't done purposely. So I'm asking for an extension for my Summary judgement. Thank you!! very much

Sonja Bratcher
456 E. Stuart Ave.
Decatur IL, 62526
217-425-9985

Sonja Bratcher