AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Monday, 07 February, 2005  11:05:14 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SONYA BRATCHER,**
    **Plaintiff,**

   vs.                      Case Number: **04-2005**

**A.E. STALEY MANUFACTURING COMPANY et al.**
    **Defendants.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the Defendants and against the Plaintiff. Each party is responsible for their own court costs.

              ENTER this 7th day of February, 2005.

                s/John M. Waters
                _____
                JOHN M. WATERS, CLERK


                s/S. Johnson
                _____
                BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case