E-FILED
Tuesday, 08 February, 2005  03:58:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF Illinois
URBANA DIVISION

*Plaintiff's Response To Defendant's Motion For Summary Judgment*

Civil Action No. 04-2005

**FILED**

FEB 0 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I was discriminated due to my race. Here's a list of other employees of a different race where they violated the contract as well, and they weren't terminated for it. Some of them were put on a action plan (probation) and still continued to have a bad attendance. Also some of them had safety violations not only with the contract but also OSHA violations.

Marilyn Vail - White Male mid 50's Operator he has close to Thirty years or more. A supervisor caught him smoking on the job. and there is a no smoking policy in the contract, also employers are not allowed to have cigarettes or lighter's in the building. Staleys is a food processing plant. Marilyn was given three rotations off which is only nine days. This I know happen once and it happen at the time that I was terminated of January of 2003. This is also a OSHA violation and violation of the contract. He was only written up for this incident, given time off.

Janet Beam- White Female late 30's or mid 40's Operator she has at least 10 years or more. Safety violation lock-out tagout procedure she didn't lock or shut down her machine when she was working on it. She was suspended and then return to back her job. This incident happen I believe in 2002 this is a violation of the contract and OSHA she didn't get terminated for this only time off. She was also written up for this incident.

Steve Wisdom- White Male mid to late 40's Operator he has at least 10 years or more. Safety violation lock-out tagout procedure same thing with him he didn't lock or shut his machine down when he was working on it. He injured his thumb and he didn't get any time off neither did they terminate him, this is a violation of the contract and OSHA also he was put on light duty for awhile and he still holds a operating position at the plant. He was also written up for this incident.

Andy(Rick) Anderson- White Male early or mid 50's Operator he has at least 10 years or more. Safety violation same thing as Janet Beam, Steve Wisdom. He almost cut his artery on his forearm he didn't lock out or shut down his machine as well. Andy didn't get time off or was he terminated this is also a violation of the contract and OSHA he still holds a operating position with the company. He was written up for this incident.

Ronald McArthy- White Male mid 30's He was employed from 1997 until 2003 when he voluntary quit. He has had several write ups for his attendance and he was put on a action plan (probation) each time, he never was terminated for violating the contract he only receive written warnings this happen more than twice.

*Austin Knox-White Male mid 30's he has a least Seven years or more with the company as an operator. He has several write ups for his attendance this is also a violation of the contract, and he was never terminated for it neither did he receive any time off.*

*Benjamin Ward-White Male mid 20's he has about Three years or more with the company as an operator. He has several write for his attendance which is also a violation of the contract. Benjamin never receive any time off neither was he terminated for his actions. Benjamin's Dad is a supervisor with the company.*

*Mark Moore-White Male mid to late 30's he had about seven years or more with the company as an process support operator. I worked with Mark in the Refinery February of 2002 I got a job bid back down to VICO. A month or so later Mark was severely injured due him removing a hose from a railcar. Mark didn't release the pressure from the hose causing the cap from the hose striking him in his forehead almost killing him. Mark was in a coma for several of weeks or more due to his injury of broken bones in his forehead. While he was in the hospital they ran tests on him and found traces of narcotics in his system. Mark at onetime was a spokesman for our safety training session where he knew that he was suppose to release the pressure from the hose first. Not only did he violate the contract on safety this is also a OSHA violation in which OSHA did investigate this incident. When Mark was release from his Doctor he was put on light duty. I don't know if he was written up for this incident but I know that he wasn't terminated for it.*

*Sonya Bratcher- African American Woman age 39 was an operator for the company for three years, and I was also a member of the Union Local #6-837. I was terminated due to my attendance. As I stated early in my response there were other employees of a different race who had the same issues or safety violations violating the contract also, they weren't terminated. When as you can see my violation is a lot less serious the other employees not only so It's the only violation that I ever had against the contract, and I didn't receive a written letter like the three other employees that they mention in #44 statement in which they are Caucasian males, they all three had letters sent from the company about not showing up for work one of the employees name is George E. Stokes he was sent a letter on May 20,2002 he was put on a final warning for his attendance. If my termination was not discrimination why was Greg Hanselmann so determine to fire me? I had spoke to him before my third step hearing he told me that my job was there for me, then all of a sudden before I had my third step hearing I received my vacation pay in which the decision was already made to terminate me before my hearing. I never since I held a position with the company had done anything wrong for him to fire me. So this is why I know that I was discriminated due to my race not because of my attendance because if that was the case they wouldn't have anyone working out there. As also you can see I wasn't given any warnings no time off, no action plan, nothing. The Unemployment office also didn't agree with me being terminated without any warnings they awarded me my benefits and my back pay. I have a High school diploma no college but I not stupid to walk off a good paying job with benefits after having my baby. I had been trying to get a job with Staleys since 1988 it took me eleven years to get a position out there why would I wait until I have a baby and walk off my job when I know that this job would benefit me to support her with Health Insurance and everything else that I needed to provide for her. I honestly believe that Carol Mattingly sending me letters telling me that she didn't receive my claim forms, when all the time she was receiving*

*them plays a big part of me being fired this happened more than once to where I had to have my Doctor Nurse to fax her extra copies due to her carelessness. My supervisor Paul Zeck we had a friendly relationship where I could go and talk to him about anything but he to also plays a big part of me being terminated he never would answer the phone or return my phone calls, and I honestly don't believe that he would of fired me he told me that Hanselmann told him that he would handle it because Greg knew that Paul wouldn't fired me. Paul knows that I was a good worker and that I didn't have a attendance problem he knows that I wanted to be an operator and a good operator because I asked him for extra training in which he did agree with me and he okayed for me to have extra training. Greg jump the gun and took over my situation instead of letting my area manager handle it. So the question is why was he so determine to take over Paul's responsibility and not let him handle it, and fire me. I asked Greg that question of why he wanted to fire me he said that he didn't he just wanted to go over my situation with the other company people and that my job was there for me!!!! he stated that to me over a phone conversation. I didn't deserve to be terminated when my violation was a lot less serious than the other employees that I listed in this response.*

*As for me Sonya Bratcher I was dedicated to my job, I worked being six months pregnant and I still continued to make production until I went out on my leave. I know that I was terminated because of my Race.*

Sonya Bratcher    2/5/05

Mae L. Gladney
2/5/05

OFFICIAL SEAL
MAE L. GLADNEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-7-2008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**SONYA BRATCHER**

    **PLAINTIFF,**

v.                     Civil action No. 04-2005

**A.E. STALEY MANUFACTURING
COMPANY, AND TATE& LYLE NORTH
AMERICA,**

    **DEFENDANTS.**

The undersigned hereby certifies that a true & correct copy of the foregoing Plaintiff's Response to Defendant's Motion for Summary Judgment was mailed February 5th 2005 to Seyfarth/Shaw Attorneys LLP.

**FILED**

FEB 07 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*Sonya Bratcher* 2/5/05

OFFICIAL SEAL
MAE L. GLADNEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-7-2008

*Mae L. Gladney* 2/5/05