UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SONYA BRATCHER,

    Plaintiff,

v.                                Case No. 04-CV-2005

A.E. STALEY MANUFACTURING
COMPANY, and TATE & LYLE NORTH
AMERICA,

    Defendants.

**FILED**
FEB 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Response to the Order

*I Sonya Bratcher ask for a Motion to vacate the order of the decision in favor of the Defendants. Reasons for I honestly misinterpreted the date for my response to be filed with the Defendants I solely hold myself accountable for this mistake I had misplaced the order of extension in with my folder and I honestly thought that my due date was February 14,2005 not January 31,2005 I'm not asking for sympathy I'm asking for the court to reconsider and continue my case even if the Defendants have to extend there date for there response. I work the night shift and I had been coming home working on this every morning thinking I was meeting my deadline, I put a lot of hard work and effort to get this response in on time. I'm not making up excuses neither am I asking for favoritism, all I plead for is that the court will reconsider and grant me the opportunity of continuing my case. I do apologize for what happen but it was an honest misunderstanding of the date for my response and that's the God's honest truth. As you can see I had my documents notarized on February 5th,2005 because I had my mine set of the 14th of February. I Pray that the court would find that this was and misunderstanding and not rule in the Defendant's favor because I feel that my response has detailed information that will support me in my claim. Once again I ask if the court would vacate the motion and grant an continuance on my behalf.*

Thank your very much

SONYA BRATCHER

*Sonya Bratcher*
2/8/05