# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# AMENDED JUDGMENT IN A CIVIL CASE

**SONYA BRATCHER,**
      **Plaintiff,**

    vs.                                                                           Case Number:    **04-2005**

**A.E. STALEY MANUFACTURING COMPANY et al.**
      **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED that  summary judgment is entered in favor of the Defendants and against the Plaintiff. Each party is responsible for their own court costs.**

                                         ENTER this 16th day of February, 2005.

                                                     s/John M. Waters
                                                _____
                                                JOHN M. WATERS, CLERK

                                                     s/S. Johnson
                                                _____
                                                BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case